THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Daniel James
 Coleman, Appellant.
 
 
 

Appeal From Richland County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2008-UP-518
 Submitted September 2, 2008  Filed
 September 9, 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, and Solicitor Warren Blair Giese, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM: Daniel Coleman appeals his convictions and sentences
 for carjacking and kidnapping.  On appeal, Coleman maintains the trial court erred
 by ruling the State did not commit a double jeopardy violation in prosecuting
 him for both kidnapping and carjacking regarding the same incident.  Coleman
 also asserts numerous pro se arguments.  After
 a thorough review of the record, counsels brief, and Collinss pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Colemans appeal and grant counsels
 motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.